**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ismelda SANCHEZ, Defendant-Appellant.**

No. 17-50051

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 \*

Filed December 22, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Benjamin Holley, Assistant U.S. Attorney, Ryan A. Sausedo, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Benjamin J. Cheeks, Attorney, Law Offices of Benjamin J. Cheeks, A.P.C., San Diego, CA, for Defendant-Appellant

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

### MEMORANDUM \*\*

Ismelda Sanchez appeals from the district court's judgment and challenges the 68-month sentence imposed upon remand following her guilty-plea conviction for importation of heroin and methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez contends that the district court erred by denying her request for a minor role reduction under U.S.S.G. § 3B1.2. We review the district court's interpretation of the Guidelines de novo, and its application of the Guidelines to the facts of the case for abuse of discretion. *See United States v. Gasca-Ruiz,* 852 F.3d 1167, 1170 (9th Cir. 2017) (en banc).

Sanchez argues that the district court failed to compare her to two of her co-participants in the offense, and incorrectly concluded that she was not entitled to a minor role adjustment under the amended Guideline. The record reflects that the

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

court compared Sanchez to all of the co-participants she identified, and found that Sanchez was not "substantially less culpable than the average participant." U.S.S.G. § 3B1.2 cmt. n.3(A). In light of the totality of the circumstances, including Sanchez's prior drug smuggling activity, the district court did not abuse its discretion in denying the reduction. *See* U.S.S.G. § 3B1.2 cmt. n.3(C); *Gasca-Ruiz*, 852 F.3d at 1170.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.